UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JEFFREY N. GILBERT and | ) | CASE NO. 11-21659 (ASD) |
| HELEN M. GLISTA | ) | |
| | ) | |
| DEBTORS | ) | |

--------------------------------------------------

## PETITION FOR AUTHORITY TO EMPLOY AND APPOINT COUNSEL

To The Honorable Albert S. Dabrowski, United States Bankruptcy Judge:

The petition of Jeffrey N. Gilbert and Helen M. Glista, Chapter 13 Debtors

respectfully represents:

1.     That on the 31st of May, 2011, the Debtors filed a Chapter 13 Bankruptcy

Petition.

2.     A portion of the Debtors, Jeffrey N. Gilbert and Helen M. Glista's estate

consists of a possible worker's compensation claim as a result of a work related injury

that arose after the Chapter 13 petition filing date.

3.     Your petitioners/the Debtors wish to retain Attorney Robert J. Williams, Jr.

to render professional services on behalf of the estate.  The professional services the

said Attorney Williams is to render consists of the prosecution of a worker's

compensation claim for damages on behalf of the debtors, Jeffrey N. Gilbert and Helen

M. Glista against Hartford Wire Works Company, in Windsor, Connecticut.  Said claim

having arisen from work related injuries that arose on or about July of 2012.  The

compensation will be based on 20% of any awards, stipulations, settlements or

agreements fee basis as limited by the Connecticut Worker's Compensation

Commissioner's fee guidelines promulgated pursuant to Connecticut General Statutes Section 31-327, plus expenses.

4.     Attorney Williams, having subsequent to the filing of the bankruptcy petition represented the Debtors in the assertion of the aforementioned worker's compensation claim, is uniquely qualified to represent the estate in this matter.

5.     Attorney Williams, except as above noted, represents no interest adverse to the Trustee or the estate in the matters upon which he is to be engaged and his employment would be in the best interest of this estate.

Dated at Suffield, Connecticut on February 6, 2015.

Debtors:       Jeffrey N. Gilbert & Helen M. Glista

_____
Jeffrey N. Gilbert

_____
Helen M. Glista
11 Laurel Road
Windsor Locks, CT 06096
Telephone No.: 860-627-0171

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JEFFREY N. GILBERT and | ) | CASE NO. 11-21659 (ASD) |
| HELEN M. GLISTA | ) | |
| | ) | |
| DEBTORS | ) | |

--------------------------------------------------

## AFFIDAVIT OF ATTORNEY

I, Robert J. Williams, Jr., Esq., being duly sworn, hereby depose and say:

1.      I am an attorney duly admitted to practice in the State of Connecticut and this Court.

2.      I am covered for errors and omission under Policy # LHE 9327220 03 issued by The Hanover Insurance Company/Smith Brothers Insurance, LLC, having a liability limit of $1,000,000 for each claim; not to exceed $2,000,000 for all claim in the aggregate.  Said policy is presently in force and will continue to be so throughout the term of my engagement.

3.      I maintain offices for the practice of law at 123 Mountain Road, Suffield, Connecticut 06078.

4.      My Tax Identification Number is 87-0747657.

5.      I have no connection with the above captioned debtors except having represented them in prosecuting the worker's compensation claim subject of this retention application.  Further, I have no connection with any creditor or any other party in interest, or respective attorneys nor do I represent any interest adverse to said

debtors or their estate in the matters upon which I am to be engaged and am a

disinterested person within the meaning of 11 U.S.C. Section 101(14).

6.      I have been informed and understand that the bankrupt estate as

represented by the Debtors will be my client in this action and the action cannot be

settled or disposed of in any way without the approval of the Bankruptcy Court.

7.      I further am aware that my fee in this matter is subject to approval by the

Bankruptcy Court and that all funds recovered must be retained in my client's fund

account until either further order of the Court or by agreement with the Chapter 13

Trustee.

8.      I acknowledge that I have no authority to grant any "letters of protection"

upon or offer to protect payment of any claim for medical or other services from any

recovery obtained.

Robert J. Williams, Jr.

Subscribed and sworn to before me this 6th day of February, 2015.

Janet A. Bracken
Notary Public
My Commission Expires: 11/30/2017

ROBEJWI-01          FLEWIS



# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 9/25/2014 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Fayne Ann Lewis | | |
|---|---|---|---|
| Smith Brothers Insurance, LLC.<br>68 National Drive, Suite 2<br>Glastonbury, CT 06033 | PHONE (A/C, No, Ext): (860) 652-3235 | | FAX (A/C, No): (860) 652-3236 |
| | E-MAIL ADDRESS: flewis@smithbrothersusa.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : The Hanover Insurance Company | | 22292 |
| INSURED | INSURER B : | | |
| Robert J. Williams, Jr.,<br>Law Office Of<br>123 Mountain Rd.<br>Suffield, CT 06078 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES                CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | | | ☐ PER STATUTE ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | ☐ N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Professional Liab | | | LHE 9327220 03 | 10/16/2014 | 10/16/2015 | Each Claim | 1,000,000 |
| A | Professional Liab | | | LHE 9327220 03 | 10/16/2014 | 10/16/2015 | RetroDate: 10-1-1995 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Information Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>*Kimberley S. Connolly* |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)          The ACORD name and logo are registered marks of ACORD



**State of Connecticut**
**Workers' Compensation Commission**

Please TYPE or PRINT IN INK

Rev. 3-17-2006

# NOA

WCC File #  100189982

# Notification of Appearance

I hereby notify the Workers' Compensation Commission ___**1st**___ District Office regarding the following matter:
*(1st-8th)*

CLAIMANT ___**Jeffery N. Gilbert**___ v.

RESPONDENT ___**Hartford Wire Works**___

WCC File # *(ONE only)* ___**100189982**___   Date of Injury ___**07/12/2012**___

Date filed in District

*(for WCC use only)*

## REPRESENTATION

Your Name ___**Robert J. Williams, Jr., Esq.**___

Name of Firm ___**Law Office of Robert J. Williams, Jr.**___

Address ___**123 Mountain Road**___

City/Town ___**Suffield**___   State ___**CT**___   Zip Code ___**06078**___

Telephone Number ___**(860) 668-7388**___   Fax Number ___**(860) 668-1023**___

## APPEARANCE

**1 — CHECK AT LEAST ONE (1) BOX below and provide the appropriate information for any box(es) you check.**

☒ I represent the CLAIMANT ___**Jeffery N. Gilbert**___

☐ I represent the DEPENDENT SURVIVOR _____

☐ I represent the INSURER _____

. . . FOR THE EMPLOYER _____

. . . FOR THE POLICY PERIOD *(MM/DD/YY - MM/DD/YY)* _____

☐ I represent the EMPLOYER *(only)* _____

☐ I represent the EMPLOYER FOR § 31-290a CLAIM *(only)* _____

☐ I represent the MEDICAL PROVIDER _____

☐ I represent ANOTHER PARTY *(please specify)* _____

**2 — CHECK ANY APPLICABLE BOX(ES) below and provide the appropriate information for any box(es) you check.**

☐ I am appearing in lieu of _____

☒ I am appearing in addition to ___**Jeffery N. Gilbert**___

**3 — DATE AND SIGN this form.**

Date ___**June 13, 2013**___   Signature _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:                                    )        CHAPTER 13
                                          )
JEFFREY N. GILBERT and                    )        CASE NO. 11-21659 (ASD)
HELEN M. GLISTA                           )
                                          )        RE: ECF NO. ___
DEBTORS                                   )
----------------------------------------------------

## ORDER AUTHORIZING APPOINTMENT OF ATTORNEY

Upon the petition of Jeffrey N. Gilbert and Helen M. Glista, Chapter 13 Debtors of

the above captioned case, praying for authority to employ and appoint an attorney, it is

ORDERED that said Debtors be and are hereby authorized to employ and

appoint Attorney Robert J. Williams, Jr., in connection with the prosecution of a worker's

compensation claim for injuries on behalf of the estate against the Hartford Wire Works

Company of Windsor, Connecticut.  Said claim having arisen from a worker's

compensation injury which occurred on or about July of 2012.  Compensation to be

based on a 20% of any awards, stipulations, settlements or agreements fee basis as

limited by the Connecticut Compensation Commissioner's fee guidelines promulgated

pursuant to Connecticut General Statutes Section 31-327, plus expenses upon proper

application of the court under 11 U.S.C. §§330 and 331.

IT IS FURTHER ORDERED that allowance of any such compensation for

Attorney Robert J. Williams, Jr. shall be limited to the extent of services actually

performed and expenses actually incurred, as attorney for the Debtors on behalf of the

Estate, and shall not include compensation for the performance of any of the duties that

are generally performed by Chapter 13 Debtors without the assistance of an attorney.

Dated:                                              BY THE COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------

IN RE:                                              )
                                                    )       CASE NO. 11-21659 asd
JEFFREY N. GILBERT and                              )
HELEN M. GLISTA                                     )       CHAPTER 13
                                                    )
DEBTORS                                             )       FEBRUARY 9, 2015

----------------------------------------------------

## CERTIFICATION OF SERVICE

This will certify that the undersigned sent a copy of the Petition For Authority To Employ And Appoint Counsel, postage prepaid mail or via ECF e-mail to the following on February 9, 2015:

Attn: Officer In Charge
American Honda Finance Corporation
600 Kelly Way
Holyoke, MA 01040-9681
(Creditor)

Attn: Officer In Charge
American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016-8088
(Creditor)

Attn: Officer In Charge
Baystate Medical Center
759 Chestnut Street
Springfield, MA 01199
(Creditor)

Attn: Officer In Charge
Baystate Medical Practices
P.O. Box 415557
Boston, MA 02241-5557
(Creditor)

Attn: Officer In Charge
Capital One
P.O. Box 85167
Richmond, VA 23285-5167
(Creditor)

Attn: Officer In Charge
Capital One Services, LLC
P.O. Box 30285
Salt Lake City, UT 84130-0285
(Creditor)

Attn: Officer In Charge
Chase Bank USA
800 Brooksedge Blvd.
Westerville, OH 43081
(Creditor)

Attn: Officer In Charge
Chase Bank USA
P.O. Box 15298
Wilmington, DE 19850-5298
(Creditor)

Attn: Officer In Charge
Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE 19850-5145
(Creditor)

Attn: Officer In Charge
CT Valley Radiology PC
P.O. Box 352
Windsor, CT 06095-0352
(Creditor)

Attn: Officer In Charge
Direct Merchant's Bank/HSBC
P.O. Box 5250
Carol Stream, IL 60197
(Creditor)

Attn: Officer In Charge
Direct Merchant's Bank/HSBC
P.O. Box 80084
Salinas, CA 93912-0084
(Creditor)

2

Attn: Officer In Charge
DSRM National Bank
P.O. Box 631
Amarillo, TX 79105-0631
(Creditor)

Attn: Officer In Charge
DSRM National Bank/Diamond Sham
c/o Creditor's Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374
(Creditor)

Attn: Officer In Charge
ECHN Health Services
P.O. Box 720
Manchester, CT 06040
(Creditor)

Attn: Officer In Charge
ECHN/Manchester Memorial Hospital
c/o Business Office
320 Main Street
Manchester, CT 06040
(Creditor)

Attn: Officer In Charge
Elliot C. Zweig M.D., PC
41 North Main Street
West Hartford, CT 06107
(Creditor)

Attn: Officer In Charge
Enfield Ambulatory Care Center
15 Palomba Drive
Enfield, CT 06082
(Creditor)

Attn: Officer In Charge
GMAC Mortgage, LLC
Attn: Customer Service
P.O. Box 4622
Waterloo, IA 50704-4622
(Creditor)

3

Attn: Officer In Charge
Jefferson Capital Systems LLC
P.O. Box 7999
St. Cloud, MN 56302
(Creditor)

Attn: Officer In Charge
GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076
(Creditor)

Attn: Officer In Charge
Ginny's
1112 7th Avenue
Monroe, WI 53566-1364
(Creditor)

Attn: Officer In Charge
GMAC Mortgage, LLC
Attn: Customer Care
P.O. Box 780
Waterloo, IA 50704-0780
(Creditor)

Attn: Officer In Charge
GMAC Mortgage, LLC
c/o GMAC Mortgage Corporation
Attn: Customer Care
4 Walnut Grove Drive
Horsham, PA 19044
(Creditor)

Attn: Officer In Charge
Hartford Hospital
P.O. Box 310911
Newington, CT 06131-0911
(Creditor)

4

Attn: Officer In Charge
Hartford Medical Group
P.O. Box 1086
Wilbraham, MA 01095-1086
(Creditor)

Attn: Officer In Charge
HSBC Bank Nevada, NA
1111 Town Center Drive
Las Vegas, NV 89144
(Creditor)

Attn: Officer In Charge
PRA Receivables Management, LLC, as agent
of Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541
(Creditor)

Attn: Linda J. St. Pierre, Esq.
Hunt Leibert Jacobsen, PC
50 Weston Street
Hartford, CT 06120
(Attorney for Creditor)

Attn: Officer In Charge
IC Systems, Inc.
444 Highway 96 East
P.O. Box 64437
St. Paul, MN 55164-0437
(Creditor)

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
(Creditor)

Attn: Officer In Charge
JCPenney
P.O. Box 965009
Orlando, FL 32896-5009
(Creditor)

5

Attn: Officer In Charge
Jennifer W. Pennoyer, MD
701 Cottage Grove Road
Building E, Suite 110
Bloomfield, CT 06002
(Creditor)

Attn: Officer In Charge
John Dempsey Hospital
263 Farmington Avenue
P.O. Box 4033
Farmington, CT 06034-4033
(Creditor)

Attn: Officer In Charge
Johnson Memorial Hospital
85 Prescott Street, Ste. 402
Worcester, MA 01605
(Creditor)

Attn: Officer In Charge
Johnson Memorial Hospital
201 Chestnut Hill Road
Staffford Springs, CT 06076
(Creditor)

Attn: Officer In Charge
Law Offices of Howard Lee Schiff, P
510 Tolland Street
P.O. Box 280245
East Hartford, CT 06108
(Attorney for Creditor)

Attn: Officer In Charge
London & London
48 Christian Lane
Newington, CT 06111
(Attorney for Creditor)

Attn: Officer In Charge
Med Practice Partners, LLC
Attn: Collections Dept.
P.O. Box 3830
29 Naek Road, Suite 5
Vernon, CT 06066
(Creditor)

Molly T. Whiton, Esq.
10 Columbus Boulevard
Hartford, CT 06106
(Chapter 13 Trustee)

Attn: Officer In Charge
Nair & Levin
Dianne M. Quigley, Esq.
707 Bloomfield Avenue
Bloomfield, CT 06002
(Attorney for Creditor)

Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(U.S. Trustee)

Attn: Officer In Charge
Old Navy
P.O. Box 36955
Canton, OH 44735
(Creditor)

Attn: Officer In Charge
Persels & Associates, LLC
P.O. Box 6489
Columbia, MD 21045
(Creditor)

Attn: Officer In Charge
Physicians For Women's Health
P.O. Box 549
Avon, CT 06001
(Creditor)

Attn: Officer In Charge
Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541
(Creditor)

Attn: Officer In Charge
Quantum 3 Group, LLC
P.O. Box 788
Kirkland, WA 98083-0788
(Creditor)

Attn: Officer In Charge
St. Francis Hospital & Medical Center
114 Woodland Street
Hartford, CT 06105
(Creditor)

Attn: Officer In Charge
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317
(Creditor)

Attn: Officer In Charge
WPCA
Stanton Road
Windsor Locks, CT 06096
(Creditor)

Robert J. Williams, Jr., Esq.
Law Office of Robert J. Williams, Jr.
Attorney for Debtors Jeffrey N. Gilbert & Helen M. Glista
123 Mountain Road, Suffield, CT 06078
(860) 668-7388    Federal Bar No.:  CT 07438